IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH MONTGOMERY** | : | **CIVIL ACTION** |
| v. | : | **NO. 17-cv-2011** |
| **NANCY A. BERRYHILL** | : | |

# ORDER

**AND NOW,** this 12th day of September, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF 10); Defendant's Response to Request for Review of Plaintiff (ECF 11); Plaintiff's Reply Brief (ECF 12) and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated February 26, 2018 (ECF 14), Plaintiff's Objection thereto (ECF 15), and the Government's Response (ECF 17), it is **ORDERED** that:

1. Plaintiff's Objection [ECF 15] is **OVERRULED**[1];
2. The Report and Recommendation [ECF 14] is **APPROVED and ADOPTED**;
3. The relief sought by Plaintiff [ECF 10] is **DENIED**; and
4. The decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

JEFFREY L. SCHMEHL, J.

---

[1] The Court agrees with the Government that in her objections to the Report and Recommendation, Plaintiff essentially argues that the Magistrate Judge erred in not accepting the arguments made in her initial and reply briefs (Compare Pl.'s Obj. (ECF 15) with her Initial Br. (ECF 10) and Reply (ECF 12). The Court has reviewed these arguments and concludes that the Magistrate Judge properly rejected them.